IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN SMITH, | : | |
| Plaintiff, | : | 1:19-cv-0700 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JOHN WETZEL AND VINCENT MOONEY, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**May 15, 2019**

NOW THEREFORE, upon consideration of Plaintiff's complaint (Doc. 1-2) and motion (Doc. 2) to stay, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 2) to stay is DENIED.

2. Plaintiff's complaint (Doc. 1-2) is DISMISSED pursuant to 28 U.S.C. §1915A(a), (b)(1), and 42 U.S.C. § 1997e, without prejudice to Plaintiff's right to file a new action upon completion of exhaustion of the administrative remedy process.

3. The Clerk of Court is directed to CLOSE this case.

> s/ John E. Jones III
> John E. Jones III
> United States District Judge